## IN THE PORTER SUPERIOR COURT

| | | |
|---|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG, | ) | Cause No. 64D01-1403-PL-2699 |
| Plaintiffs, | ) | |
| v. | ) | |
| BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP, | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL TO ADVERSE PARTIES AND STATE COURT CLERK

TO:  Blake N. Dahl                              Clerk
     Fred W. Grady & Associates, PC             Porter County Superior Court
     750 South Washington Street                16 Lincolnway
     Suite 1                                    Suite 427
     Valparaiso, IN  46383                      Valparaiso, IN  46383

Please take notice that Defendant, Bank of America, N.A., BAC Home Loans Servicing, LP[1] ("BANA"), in the above-captioned cause, on the 23rd day of April 2014, filed in the United States District Court for the Northern District of Indiana, Hammond Division, a Notice of Removal of the above-titled cause from the Superior Court of Porter County, Indiana. A copy of the Notice of Removal (without exhibits) is attached to this Notice as Exhibit A.

FROST BROWN TODD LLC

By: _____
Lucy R. Dollens, #23547-49
Michael A. Rogers, #28038-29
Attorneys for Defendant,
Bank of America, N.A.

---

[1] BAC Home Loans Servicing, LP merged with and into Bank of America, N.A. on July 1, 2011. As such, Bank of America, N.A. responds on behalf of itself and BAC Home Loans Servicing, LP.

**EXHIBIT 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2014, a copy of the foregoing served by 1st Class U.S. Mail, postage prepaid, on the following:

Blake N. Dahl
Fred W. Grady & Associates, PC
750 South Washington Street
Suite 1
Valparaiso, IN  46383

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:    317-237-3900
ldollens@fbtlaw.com
mrogers@fbtlaw.com

INDLibrary2 BT07586.0616308  1294392v1