# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP., <br><br>　　　　　　Defendants. | Case No. _____ <br><br> Removed from Porter Superior Court for the State of Indiana, <br> Cause No. 64D01-1403-PL-2699 |

## BANK OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bank of America, National Association makes the following disclosures:

Bank of America, National Association is successor by merger to BAC Home Loans Servicing, LP.  Bank of America, National Association is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which is in turn 100% owned by Bank of America Corp., whose shares are publicly traded.  No public company has an ownership interest of 10% or more in Bank of America, National Association.  Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

　　　　　　　　　　　　　　　　　　FROST BROWN TODD LLC


　　　　　　　　　　　　　　　　　　By: */s/ Michael A. Rogers*
　　　　　　　　　　　　　　　　　　　　Lucy R. Dollens, #23547-49
　　　　　　　　　　　　　　　　　　　　Michael A. Rogers, #28038-29
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

and

by 1st Class U.S. Mail, postage prepaid, on the following:

Blake N. Dahl
Fred W. Grady & Associates, PC
750 South Washington Street
Suite 1
Valparaiso, IN  46383

/s/ Michael A. Rogers

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:     317-237-3900
ldollens@fbtlaw.com
mrogers@fbtlaw.com

INDLibrary2 BT07586.0616308   1294390v1

2