UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG, | ) ) | Case No. _____ |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Removed from Porter Superior Court for the State of Indiana, Cause No. 64D01-1403-PL-2699 |
| BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendant, Bank of America, N.A.

Respectfully submitted,

FROST BROWN TODD LLC


By: */s/ Lucy R. Dollens*
Lucy R. Dollens, #23547-49
Attorneys for Defendant,
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

and

by 1st Class U.S. Mail, postage prepaid, on the following:

Blake N. Dahl
Fred W. Grady & Associates, PC
750 South Washington Street
Suite 1
Valparaiso, IN  46383

/s/ Lucy R. Dollens

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:    317-237-3900
ldollens@fbtlaw.com

INDLibrary2 BT07586.0616308   1294387v1

2