UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG,<br><br>            Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP.,<br><br>            Defendants. | Case No. 2:14-cv-00138-JD-PRC<br><br>Removed from Porter Superior Court for the State of Indiana,<br>Cause No. 64D01-1403-PL-2699 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Bank of America, National Association, BAC Home Loans Servicing, LP[1] ("BANA"), by counsel, hereby removes this action from the Superior Court of Porter County, Indiana to this Court. BANA's removal is based on federal question jurisdiction under 28 U.S.C. § 1331. In support of its removal, BANA states:

      1.      On March 28, 2014, Plaintiffs, Henry Kleyweg and Claudia Kleyweg (collectively, "Plaintiffs"), filed this action against BANA in the Porter Superior Court for the State of Indiana under Cause No. 64D01-1403-PL-2699 (the "Lawsuit").

      2.      Plaintiffs' Complaint alleges BANA violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Complaint, ¶¶ 58-111).

      3.      On April 3, 2014, BANA was served with a copy of the Summons and Plaintiffs' Complaint through its registered agent, CT Corporation System. A copy of Plaintiffs' Complaint

---

[1] BAC Home Loans Servicing, LP merged with and into Bank of America, N.A. on July 1, 2011. As such, Bank of America, N.A. responds on behalf of itself and BAC Home Loans Servicing, LP.

is attached to this Notice as Exhibit 1.  BANA is not aware of any other papers that have been filed in the Lawsuit.

4.   This Notice of Removal is being timely filed with this Court within thirty days of BANA's receipt of the Complaint and Summons.  28 U.S.C. § 1446(b).

5.   This is a civil action over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and that may be removed pursuant to 28 U.S.C. § 1441 and *Beneficial Nat. Bank v. Anderson*, 539 U.S. 1, 6 (2003), in that the Complaint raises a federal question. Additionally, under 28 U.S.C. §§ 1441(c) and 1367(a), the entire action is removable despite non-removable state-law claims because this Court may exercise supplemental jurisdiction over such state-law claims, which form part of the same case or controversy as the federal claim.  *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966) (holding once a district court has valid jurisdiction over a federal claim, it can exercise supplemental jurisdiction over additional state claims if they arise out of "a common nucleus of operative fact" such that plaintiff would ordinarily be expected to try the claims in one judicial proceeding.).  All of Plaintiffs' claims arise from the same "common nucleus of operative fact"—BANA's servicing of Plaintiffs' account—thus, this Court should exercise supplemental jurisdiction over the state law claims.  *Id*.

6.   This action is properly removable under 28 U.S.C. § 1441(a)–(c) and none of the impediments to removal under 28 U.S.C. § 1445 are present here.

7.   Further, removal to this judicial district and division is proper under 28 U.S.C. § 1441(a), as this district and division embrace Porter County, Indiana, where the Lawsuit is pending.

8.  Pursuant to 28 U.S.C. § 1446(d), BANA is filing a copy of this Notice of Removal with the Clerk of the Porter Superior Court and serving it on Plaintiff. An unexecuted copy of the Notice being delivered to the Porter Superior Court is attached to this Notice of Removal as Exhibit 2, without exhibits.

WHEREFORE, BANA files this Notice of Removal so that the entire state court action under Cause No. 64D01-1403-PL-2699 now pending in Porter County Superior Court No. 1, Porter County, Indiana is removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Michael A. Rogers*
Lucy R. Dollens, #23547-49
Michael A. Rogers, #28038-29
Attorneys for Defendant,
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

and

by 1st Class U.S. Mail, postage prepaid, on the following:

Blake N. Dahl
Fred W. Grady & Associates, PC
750 South Washington Street
Suite 1
Valparaiso, IN  46383

                                                                /s/ Michael A. Rogers

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:    317-237-3900
ldollens@fbtlaw.com
mrogers@fbtlaw.com

INDLibrary2 BT07586.0616308   1294167v1