UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG,<br><br>        Plaintiffs,<br><br>        v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP.,<br><br>        Defendants. | Case No. 2:14-cv-00138-JD-PRC<br><br>Removed from Porter Superior Court for the State of Indiana,<br>Cause No. 64D01-1403-PL-002699 |

## NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO COMPLAINT

Bank of America, N.A. and BAC Home Loans Servicing, L.P. (collectively "Bank of America")[1], by counsel, pursuant to Local Rule 6-1(b), hereby gives notice of an automatic 28 day initial extension of time to respond to Plaintiffs' Complaint, to and including May 28, 2014. In further support, Bank of America states as follows:

1. Plaintiffs filed their Complaint in the Porter County Superior Court on March 28, 2014.

2. Bank of America was served no earlier than April 3, 2014, and Bank of America filed its Notice of Removal to this Court on April 23, 2014.

3. Pursuant to Federal Rule of Civil Procedure 81(c), Bank of America's responsive pleading is currently due April 30, 2014.

4. Bank of America's deadline to respond to Plaintiff's Complaint has not yet passed, nor has it been previously extended.

---

[1] BAC Home Loans Servicing, L.P. merged with and into Bank of America, N.A. on July 1, 2011.

5. Under this Automatic Extension of Time, Bank of America's responsive pleading will now be due May 28, 2014.

6. Plaintiffs' counsel has been contacted regarding this request and has no objection.

WHEREFORE, pursuant to Local Rule 6-1(b), Defendants Bank of America, N.A. and BAC Home Loan Servicing, L.P. will have to and including May 28, 2014 to respond to Plaintiffs' Complaint.

Respectfully submitted,

FROST BROWN TODD LLC


By: */s/ Michael A. Rogers*
Lucy R. Dollens, #23547-49
Michael A. Rogers, #28038-29
Attorneys for Defendant,
Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

and

by 1st Class U.S. Mail, postage prepaid, on the following:

Blake N. Dahl
Fred W. Grady & Associates, PC
750 South Washington Street
Suite 1
Valparaiso, IN  46383

                                        /s/ Michael A. Rogers

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:    317-237-3900
ldollens@fbtlaw.com
mrogers@fbtlaw.com

INDLibrary2 BT07586.0616308   1294816v1