UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG, <br> CLAUDIA KLEYWEG, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, <br><br> Defendant. | CASE NO. 2:14-cv-00138-JD-PRC <br><br> Removed from the Porter Superior Court for the State of Indiana <br> Case No. 64D01-1403-PL-2699 |

### REPORT OF PARTIES' PLANNING MEETING

1. **Planning Meeting**.

Defendant, Bank of America, National Association, BAC Home Loans Servicing, LP[1] ("BANA") and Plaintiffs held a Planning Meeting under Federal Rule of Civil Procedure 26(f) on July 2, 2014. Plaintiffs' Counsel Blake Dahl participated for the Plaintiffs, and Defendant's counsel Alexander Will and Jacob Bradley participated for BANA.

2. **Jurisdiction**.

All Parties agree that this Court has subject matter jurisdiction over Plaintiffs' claims under the Fair Credit Reporting Act violations pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

3. **Pre-Discovery Disclosures**.

The parties will exchange, *but may not file*, Rule 26(a)(1) information by August 4,

---

[1] BAC Home Loans Servicing, LP merged with and into Bank of America, N.A. on July1, 2011. As such, Bank of America, N.A. responds on behalf of itself and BAC Home Loans Servicing, LP.

1

2014.[2]

4. **Discovery Plan**.

   a. <u>*Scope of Discovery*</u>

**Plaintiffs**

Plaintiff's Discovery scope will include:

1. All facts, circumstances, documents, records, communications related to:

    a. Plaintiffs' loan and loan modification efforts;

    b. Any and all communications of BANA with Plaintiff and BANA with any thirds parties with regard to Plaintiffs;

    c. Any and all records kept by BANA with regard to Plaintiffs and their loan;

    d. BANA's general lending practices, credit reporting practices, and internal polices.

    e. BANA's record of compliance with HAMP terms as required by the US Government;

    f. BANA's record of compliance with the FCRA and complaint data.

2. Any and all evidence which may support a finding of BANA's intentional or negligent conduct with regard to HAMP, FCRA, and Consumer Protection Law violations; including but not limited to testimony and statements of BANA employees, contractors, partners, joint business ventures, and the like.

**Defendant – Bank of America**

BANA's Discovery scope will include:

1.    All facts, circumstances, documents, records related to:

---

[2] The court encourages setting all deadlines on business days.

2

    a. Plaintiffs' loan and loan modification efforts;

    b. Any and all communications of Plaintiffs with BANA; and

    c. Any and all credit reports related to Plaintiffs' loan.

2. Evidence of any and all damages Plaintiffs allege as a result of the alleged actions of BANA in the Complaint.

b. *Discovery Deadlines*

Based on the proposed trial date, as set forth below, BANA proposes a discovery completion date of February 15, 2015. Plaintiffs and BANA agree that the parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable):

    a. October 20, 2014 – for Plaintiffs;

    b. November 20, 2014 - for Defendants; and

    c. December 15, 2014 - for Rule 26(e) supplements.

c. *Discovery Limitations*

All Parties agree to the following limitations on Discovery:

    i. Maximum of 30 interrogatories by each party to any other party.

    ii. Maximum of 25 requests for admission by each party to any other party.

    iii. Maximum of 15 depositions by any party.

    iv. Each deposition is limited to a maximum of 7 hours unless extended by stipulation.

5. **Other Items**.

    a. Plaintiffs and BANA agree that the last date the Plaintiffs may seek permission to

join additional parties and to amend the pleadings is September 15, 2014.

b. Plaintiffs and BANA agree that the last date BANA may seek permission to join additional parties and to amend the pleadings is October 15, 2014.

c. Based on the proposed trial date, as set forth below, BANA proposed a March 30, 2015 deadline for all potential dispositive motions.

d. The time to file Rule 26(a)(3) pretrial disclosures will be governed by separate order. At this time, trial is expected to take approximately 3 days. Plaintiffs and BANA assert the case should be ready for trial no sooner than August 2015.

6. **Alternative Dispute Resolution**.

The case's settlement prospects may be enhanced via Mediation. However, Plaintiffs and BANA have not agreed to mediate at this juncture.

Date: 07-07-2014

s/Blake N. Dahl

Counsel for Plaintiffs

s/Jacob V. Bradley

Attorney for Defendant,
Bank of America, N.A..

BT07586.0616308   4810-6177-1292v1

4