# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, LP.,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-00138-JD-PRC<br><br>Removed from Porter Superior Court for the State of Indiana,<br>Cause No. 64D01-1403-PL-002699 |

## NOTICE OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES

Defendant, Bank of America, N.A., by counsel, notifies the Court that it served its Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures on the 4th day of August, 2014.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　FROST BROWN TODD LLC


　　　　　　　　　　　　　　　　By: */s/Jacob V. Bradley*
　　　　　　　　　　　　　　　　　　Jacob V. Bradley, #27750-49
　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　Bank of America, N.A.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Blake N. Dahl
Fred W. Grady & Associates, PC
blake@lawfirmindiana.com
blake.dahl@yahoo.com

                                                                                        */s/Jacob V. Bradley*
                                                                                         Jacob V. Bradley

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jbradley@fbtlaw.com

BT07586.0616308   4848-4533-5836v1