UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG and CLAUDIA KLEYWEG,<br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-00138-JD-PRC<br><br>Removed from Porter Superior Court for the State of Indiana,<br>Cause No. 64D01-1403-PL-002699 |

## DEFENDANT'S THIRD MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Defendant, Bank of America, N.A. on its own behalf and as successor by merger to BAC Home Loans Servicing, LP, by counsel, now file its Third Motion to Extend the Discovery and Dispositive Motion Deadlines and, in support thereof, state as follows:

1. On January 28, 2015, this Court held a telephonic status conference regarding this case and its pending deadlines.

2. During the conference, the Court and the parties discussed the existing deadlines and the status of discovery.  At the time of the conference, Defendant had written discovery pending with Plaintiffs. These requests were served on December 30, 2015 and were due on or about Monday, February 2, 2015.

3. Because these requests were still pending during the January 28th conference, this Court extended the discovery deadline from February 15, 2015 until April 15, 2015.  The Court also extended the dispositive motion deadline to May 29, 2015.

4.  On January 30, 2015, Plaintiff served unsigned interrogatory responses on Defendant's counsel.

5. Further, Plaintiff sought and received additional time to respond to Defendant's requests.

6. On March 7, 2015, Plaintiff served documents upon Defendant's which were in part responsive to Defendant's requests for production of documents. Plaintiff also served another copy of the interrogatory responses served on January 30th.

7. On April 3, 2015, Defendant's counsel served on Plaintiff's counsel a meet-and-confer letter seeking complete responses to Defendant's discovery requests, requesting a response by April 10, 2015. This meet-and-confer letter sought, amongst other things, signed responses to the interrogatories, written and signed responses to the requests for production of documents, and supplemental responses to both the interrogatories and requests.

8. At that time, the parties needed additional time so that Plaintiffs' counsel can prepare a response to Defendant's meet-and-confer letter and so that Defendant could depose Plaintiffs.

9. On April 15, 2015, Defendant requested extensions of time to May 29, 2015 to conduct discovery and to July 13, 2015 to file dispositive motions.

10. On April 17, 2015, this Court granted that motion.

11. Thereafter, on April 22, 2015, Defendant received an email from Plaintiff's counsel that his clients were working on responses to Defendant's written discovery and their follow up meet-and-confer letter.

12. On May 22, 2015, Plaintiff's counsel provided handwritten responses to the interrogatories, which were still unsigned. Additionally, Plaintiff did not provide written, signed responses to the Defendant's Requests for Production of Documents.

13.     On May 27, 2015, Plaintiff's counsel provided signed, handwritten interrogatory responses; however, Plaintiff has not provided written responses to Defendant's Requests for Production of Documents.

14.     Additionally, on May 28, 2015, Plaintiff's counsel informed Defendant that he would be away on military training from May 28, 2015 until July 15, 2015.

15.     Plaintiff's counsel has returned from his military deployment.  However, due to undersigned counsel's own schedule during the month of July 2015, he has not been able to schedule the depositions of Plaintiffs prior to the July 29th deadline.

16.     On July 27, 2015, Defendant's counsel proposed dates to Plaintiffs' counsel of August 6, 7, 13 and 14 for depositions of Plaintiffs and is awaiting Plaintiffs response to those dates.

17.     Defendant seeks 21 additional days to conduct these depositions.  Defendant also seeks an extension of 21 days for the dispositive motion deadline as well.

18.     On July 28, 2015, Defendant's counsel contacted Blake Dahl, counsel for Plaintiffs, and informed him of Defendant's intent to file this motion.  Defendant's counsel also requested confirmation of deposition dates.  Dahl has not yet responded to these requests, but undersigned counsel will notify the Court when Plaintiff's counsel's position is known.

WHEREFORE, Defendant respectfully requests that this Court GRANT this Motion and grant the parties an additional 21 days to conduct discovery up to and including Wednesday, August 19, 2015 to conduct discovery and an additional 21 days to file dispositive motions up to and including Friday, September 18, 2015.

        Respectfully submitted,

        FROST BROWN TODD LLC

        By: */s/ Alexander P. Will*
          Nelson D. Alexander, #17211-49
          Alexander P. Will, #23474-49
          Attorneys for Defendants
          Bank of America, N.A. and
          BAC Home Loans Servicing, LP

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of July, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Blake N. Dahl
Fred W. Grady & Associates, P.C.
Harris Bank Building, Suite One
750 S. Washington St.
Valparaiso, IN 46383
*blake@lawfirmindiana.com*
*blake.dahl@yahoo.com*

        */s/ Alexander P. Will*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
nalexander@fbtlaw.com
awill@fbtlaw.com

BT07586.0616308   4830-1062-1222v1

4