UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HENRY KLEYWEG,<br>CLAUDIA KLEYWEG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>BANK OF AMERICA, N.A., BAC HOME<br>LOANS SERVICING, LP,<br><br>　　　　　Defendants. | CASE NO.   2:14-CV-00138-JD-PRC<br><br>Removed from the Porter Superior<br>Court 1 for the State of Indiana<br>Case No. 64D01-1403-PL-2699 |

**PLAINTIFF'S FIRST REQUEST TO EXTEND DISCOVERY & DISPOSITIVE MOTION DEADLINES**

Plaintiff's Henry & Claudia Kleyweg, by Counsel, file their first motion to extend the discovery and dispositive motion deadline, and in support thereof states as follows:

1. That on July 30th 2015 this Honorable Court granted the Defendant's third motion for extension of time to conduct discovery until August 19th 2015 and extension of time to file dispositive motions until September 19th 2015.

2. That depositions in this matter were held on August 14th 2015 in Valparaiso Indiana and revealed the need to obtain additional documentation related to this cause of action, including (but not limited to) documents from Fannie Mae or Freddie Mac, documents from SISTAR mortgage (which suffered a fire loss at their original building) and possible documentation from Bank of America subsidiaries.

1

3.  That a sixty (60) day extension of time in this matter should provide sufficient time to obtain the additional documents and information needed in this matter as well as provide time for possible negotiation between the parties.

4.  That Counsel for the Defendant has been contacted and has no objection to the motion.

WHEREFORE, Plaintiffs respectfully request that this Court GRANT this Motion and grant the parties an additional 60 days to conduct discovery up to and including October 19, 2015 to conduct discovery and an additional 60 days to file dispositive motions up to and including, November 18, 2015.

Respectfully submitted by:

**FRED W. GRADY & ASSOCIATES, P.C.**

By: _____/s/ Blake N. Dahl_____
Blake N. Dahl ∴ (30576-64)
750 S. Washington St. Suite 1
Valparaiso, IN 46383
Phone: (219) 462-2460
Fax: (866) 462-6197
Email: bdahl@fwgpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
nalexander@fbtlaw.com
awill@fbtlaw.com

     /s/ Blake N. Dahl

 Blake N. Dahl ∴ (30576-64)
 750 S. Washington St. Suite 1
 Valparaiso, IN 46383
 Phone:  (219) 462-2460
 Fax: (866) 462-6197
 Email: bdahl@fwgpc.com